Edward D. Boyack
Nevada Bar No. 5229
Christopher B. Anthony
Nevada Bar No. 9748
**BOYACK ORME & TAYLOR**
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
ted@boyacklaw.com
canthony@boyacklaw.com
702.562.3415
702.562.3570 (fax)
Attorney for Giavanna Homeowners Association

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case 2:15-cv-01992-LDG-CWH<br><br>**STIPULATION AND ORDER** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; JONI MCGRIFF HOWARD, an individual; and KENYON HOWARD, and individual,<br><br>Counter/Cross Defendants. | |

The parties, by and through their undersigned counsel, stipulate and agree that GIAVANNA HOMEOWNERS ASSOCIATION may file Third-Party Complaint against

. . . .

Nevada Association Services, Inc., attached to this Stipulation as Exhibit "1".

DATED this 22nd day of July, 2016.

BOYACK ORME & TAYLOR

By: /s/ Edward D. Boyack
EDWARD D. BOYACK
Nevada Bar No. 005229
401 N. Buffalo Drive #202
Las Vegas, Nevada 89145
*Attorneys for Defendant Giavanna Homeowners Association*

DATED this 22nd day of July, 2016.

AKERMAN LLP

By: /s/ Melanie D. Morgan
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Nationstar Mortgage LLC*

DATED this 22nd day of July, 2016.

KIM EBRON GILBERT

By: /s/ Diana Cline Ebron
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
TRELLA N. MCLEAN, ESQ.
Nevada Bar No. 13376
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

### ORDER

Based upon the stipulation of the parties, it is hereby Ordered that Giavanna Homeowners Association be allowed to file its Third-Party Complaint in this matter.

**IT IS SO ORDERED.**

DATED July 25, 2016

_____
UNITED STATES MAGISTRATE JUDGE

*2:15-cv-01992-LDG-CWH*
*Nationstar Mortgage, LLC v Giavanna*
*Homeowners Association et al*

EXHIBIT 1

1  Edward D. Boyack
   Nevada Bar No. 005229
2  Christopher B. Anthony
   Nevada Bar No. 9748
3  **BOYACK ORME & TAYLOR**
   401 N. Buffalo Drive #202
4  Las Vegas, Nevada 89145
   ted@boyacklaw.com
5  canthony@boyacklaw.com
   702.562.3415
6  702.562.3570 (fax)
   Attorney for Giavanna Homeowners Association
7

8              UNITED STATES DISTRICT COURT

9                   DISTRICT OF NEVADA

| | |
|---|---|
| 10  NATIONSTAR MORTGAGE, LLC, | Case 2:15-cv-01992-LDG-CWH |
| 11              Plaintiff, | |
| 12  v. | **DEFENDANT GIAVANNA HOMEOWNERS ASSOCIATION'S THIRD-PARTY COMPLAINT AGAINST NEVADA ASSOCIATION SERVICES** |
| 13  GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | |
| 16              Defendants. | |

17  SFR INVESTMENTS POOL 1, LLC, a
    Nevada limited liability company,
18
19              Counter/Cross Claimant,

20  vs.

21  NATIONSTAR MORTGAGE, LLC, a
    Delaware limited liability company; BANK
22  OF AMERICA, N.A., a national association;
    JONI MCGRIFF HOWARD, an individual;
23  and KENYON HOWARD, and individual,

24              Counter/Cross Defendant.

25  GIAVANNA HOMEOWNERS
    ASSOCIATION,
26
27              Third-Party Plaintiff,

28  vs.

Page 1 of 5

NEVADA ASSOCIATION SERVICES,

Third-Party Defendant.

**DEFENDANT GIAVANNA HOMEOWNERS ASSOCIATION'S THIRD-PARTY COMPLAINT AGAINST NEVADA ASSOCIATION SERVICES**

COMES NOW, Defendant/Third Party Plaintiff **GIAVANNA HOMEOWNERS ASSOCIATION** (hereinafter "Giavanna"), by and through its attorneys of record, Boyack Orme & Taylor, and hereby files Third-Party Complaint against Nevada Association Services (hereinafter "NAS") as follows:

**GENERAL ALLEGATIONS**

1. That at all time relevant hereto, Third-Party Defendant, Nevada Association Services was and is a corporation organized and existing under the laws of the State of Nevada and is and was doing business as a collections agency located in Las Vegas, Clark County, Nevada.

2. That at all times relevant hereto, Defendant/Third-Party Plaintiff Giavanna Homeowners Association is a Nevada non-profit corporation and was and is doing business in Las Vegas, Clark County, Nevada as a homeowner's association.

3. Giavanna and NAS entered into one or more agreement(s) ("Collection Agreements") wherein NAS would properly collect past-due assessments levied against homeowners and perform foreclosure activities on homes within Giavanna's community.

4. Pursuant to the Collection Agreement(s), and equitable indemnification, NAS shall indemnify and defend Giavanna at all times after the effective date of this Agreement against any liability, loss, damages, claim, settlement payment, cost and expense, interest, award, judgment, diminution in value, fine, fee, penalty, and litigation expenses arising out of any action taken by NAS pursuant to this Agreement.

**FIRST CLAIM FOR RELIEF**

**(Breach of Contract)**

5. Giavanna repeats and realleges each and every allegation set forth above as

1  though fully set forth herein.

2  6. That NAS entered into Collection Agreements with Giavanna, wherein NAS would properly collect past-due assessments levied against homeowners and perform foreclosure activities on homes within Giavanna's community.

3  7. That, to the extent Giavanna is found liable to any party for any claim arising out of the facts and circumstances which give rise to the underlying claims herein, NAS breached the contractual agreement by failing to perform one or more obligations thereunder when performing its collection and foreclosure activities with respect to the Subject Property.

4  8. That, to the extent Giavanna is found liable to any party for any claim arising out of the facts and circumstances which give rise to the underlying claims herein, NAS breached the express and/or implied terms and conditions of his agreement with Giavanna as hereinabove set forth.

5  9. That, to the extent Giavanna is found liable to any party for any claim arising out of the facts and circumstances which give rise to the underlying claims herein, NAS breached the terms and conditions of any individual contract determined to exist between Giavanna and NAS, whether express or implied.

6  10. It has been necessary for Giavanna to secure the services of an attorney to prosecute this action and Giavanna is therefore entitled to an award of reasonable attorney's fees and costs of suit incurred herein.

### SECOND CAUSE OF ACTION
### (Contractual and Equitable Indemnity)

11. Giavanna repeats and realleges each and every allegation set forth above as though fully set forth herein.

12. Giavanna is informed, believes and thereon alleges that it entered into a written, oral and/or implied collection agreement with NAS.

13. Giavanna is informed, believes and thereon alleges that, to the extent Giavanna is found liable to any party for any claim arising out of the facts and circumstances which give rise to the underlying claims herein, the allegations contained in the Complaint,

1  and all damages and claims alleged therein, were caused by NAS, arising out of and in
2  connection with NAS's action regarding the collection and foreclosure process.
3     14.    Giavanna contends that it is in no way legally responsible for the events
4  giving rise to the causes of action alleged against it, or legally responsible in any other
5  manner for the damages allegedly sustained by the alleging parties. However, if as a result of
6  the matters alleged in the Complaint, Giavanna is held liable for all or any part of the claim or
7  damages asserted against it, NAS has a contractual and equitable duty to indemnify
8  Giavanna, and Giavanna is entitled to a determination of several liability.
9     15.    As a direct result of the actions of NAS, it has been necessary for Giavanna to
10 secure the services of an attorney to prosecute this action and Giavanna is therefore entitled
11 to an award of reasonable attorney's fees and costs of suit incurred herein.

## THIRD CAUSE OF ACTION
### (Contribution)

14    16.    Giavanna repeats and realleges each and every allegation set forth above as
15 though fully set forth herein.
16    17.    Based upon the acts and/or omissions of NAS, if a judgment is rendered
17 against Giavanna, Giavanna is entitled to contribution from NAS in an amount proportionate
18 to the amount of negligence and/or fault attributable to NAS.
19    18.    As a direct result of the actions of the NAS herein, it has been necessary for
20 Giavanna to secure the services of an attorney to prosecute this action and Giavanna is
21 therefore entitled to an award of reasonable attorney's fees and costs of suit incurred herein.
22    WHEREFORE, Giavanna prays as follows:
23    1.    That this Court enter judgment against NAS for damages in an amount in
24 which shall be proven at trial, to the extent Giavanna is found liable to any party for any
25 claim arising out of the facts and circumstances which give rise to the underlying claims
26 herein;
27    2.    For an award of pre-judgment and post-judgment interest thereon at the
28 contractual rate or maximum statutory rate from the date said obligation was incurred until

1  fully paid, to the extent Giavanna is found liable to any party for any claim arising out of the
2  facts and circumstances which give rise to the underlying claims herein;
3     3.   For reasonable attorney's fees and costs of suit incurred, to the extent
4  Giavanna is found liable to any party for any claim arising out of the facts and circumstances
5  which give rise to the underlying claims herein; and
6     4.   For such other and further relief as this Court may deem just and proper.
7  DATED this ___ day of July, 2016.

                    BOYACK ORME & TAYLOR

                    By: /s/ Edward D. Boyack
                          EDWARD D. BOYACK
                          Nevada Bar No. 005229
                          CHRISTOPHER B. ANTHONY
                          Nevada Bar No. 9748
                          401 N. Buffalo Drive #202
                          Las Vegas, Nevada 89145
                          *Attorneys for Defendant Giavanna Homeowners*
                          *Association*