DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No. 2:15-cv-01992-LDG-CWH<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company ; BANK OF AMERICA, N.A., a national association; JONI McGRIFF HOWARD, an individual; and KENYON HOWARD, an individual,<br><br>Counter/Cross Defendants. | |

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Kim Gilbert Ebron, hereby provide notice that Trella N. McLean, Esq., is no longer associated with the firm of Kim, Gilbert, Ebron. SFR hereby requests Ms. McLean be removed from the CM/ECF service

- 1 -

list.

Kim Gilbert Ebron will continue to represent SFR Investments Pool 1, LLC and request that Jacqueline A. Gilbert, Karen L. Hanks, Diana Cline Ebron and Howard C. Kim receive all future notices.

DATED this 26th day of August, 2016.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for SFR Investments Pool 1, LLC*

IT IS SO ORDERED.

DATED: August 29, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

- 2 -

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 26th day of August, 2016, and pursuant to Federal Rule of Civil Procedure 5, I filed and served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** via the Court's CM/ECF system on the following parties:

Ariel E. Stern
Melanie D Morgan
Tenesa S Scaturro
Akerman LLP
1600 Town Center Drive, Suite 330
Las Vegas, NV 89144
(702) 634-5000
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: tenesa.scaturro@akerman.com

*Counsel for NATIONSTAR MORTGAGE, LLC*

Colli McKiever
Edward D Boyack
Boyack Orme & Taylor
401 N. Buffalo Drive
Suite #202
Las Vegas, NV 89145
702-562-3415
Fax: 702-562-3570
Email: Colli@Boyacklaw.com
Email: ted@boyacklaw.com

*Counsel for Giavanna Homeowners Association*

                                          */s/ Trella N. Perkins-McLean*
                                          An employee of KIM GILBERT EBRON