**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:15-cv-01992-LDG-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| GIAVANNA HOMEOWNERS ) ASSOCIATION, et al., ) | |
| ) | |
| Defendants. ) | |

On November 30, 2016, the court held a hearing regarding Plaintiff Nationstar Mortgage LLC's Emergency Motion for Protection from its 30(b)(6) Deposition and Motion for Sanctions (ECF No. 59). (Mins. of Proceedings (ECF No. 75).)  The court stated that the issues in the motion are identical to the issues in the motion for protective order and sanctions (ECF No. 41) filed in *CitiMortgage, Inc. v. Mission Hills Homeowners Association, et al.*, Case No. 2:16-cv-00374-JCM-CWH, which the court granted in part and denied in part at a hearing on November 15, 2016 (ECF No. 49).  Given that the issues and findings were identical, the court ordered Plaintiff to submit a proposed order reflecting those findings in this case. (Mins. of Proceedings (ECF No. 75).)  In reviewing the docket, it has come to the court's attention that Plaintiff has not yet submitted the proposed order.

IT IS THEREFORE ORDERED that by March 1, 2017, Plaintiff Nationstar Mortgage LLC must submit a proposed order reflecting the court's findings at the hearing on November 30, 2016, and in accordance with Local Rule 7-2(f).

DATED: February 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**