# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION, *et al*.,<br><br>    Defendants.<br><br>And Related Cross-Claims and Counterclaims. | Case No. 2:15-cv-01992-LDG (CWH)<br><br>**ORDER** |

The plaintiff, Nationstar Mortgage LLC, and counter-defendant Bank of America, N.A. (collectively the Banks), filed a Demand for Security of Costs Pursuant to NRS 18.130(1) (ECF No. 21) against defendant/counter-plaintiff SFR Investments Pool 1, LLC. SFR Investments moves to strike the demand (ECF No. 29), which the Banks oppose (ECF No. 33).

Pursuant to NRS 18.130:

When a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded

against such plaintiff may be required by the defendant, by the filing and service on plaintiff of a written demand therefor within the time limited for answering the complaint.

The Banks argue that SFR Investments Pool 1, LLC (which, in its complaint, Nationstar alleged was a Nevada limited liability company) is an out-of-state resident, because it is wholly owned by SFR Investments LLC, which is wholly owned by a Delaware limited liability company, which is wholly owned by a Canadian limited partnership whose partners are a Canadian corporation and a person domiciled in South Africa.  Assuming that §18.130 applies to an entity who is brought into an action as a defendant, and then files a counterclaim in that action, the Banks have not established that SFR Investments Pool 1 is an entity that resides out of the State of Nevada.  That SFR Investments Pool 1, LLC, may not be a citizen of Nevada does not establish that it is not a resident of Nevada for purposes of determining the application of §18.130.

Accordingly,

THE COURT **ORDERS** that SFR Investments Pool 1, LLC's Motion to Strike (ECF No. 29) is GRANTED;

THE COURT **ORDERS** that the Motion for Demand of Security of Costs (ECF No. 21) is STRICKEN.

DATED this 21 day of March, 2017.

Lloyd D. George
United States District Judge

2