# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC,

    Plaintiff,

v.

GIAVANNA HOMEOWNERS ASSOCIATION, *et al.*,

    Defendants.

And Related Cross-Claims and Counterclaims.

Case No. 2:15-cv-01992-LDG (CWH)

**ORDER**

For good cause shown,

THE COURT **ORDERS** that SFR Investments Pool 1, LLC's Motion to Certify a Question of Law to Nevada's Supreme Court (#72) is DENIED.

DATED this 21 day of September, 2017.

_____
Lloyd D. George
United States District Judge