DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGElegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGElegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGElegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No. 2:15-cv-01992-LDG-CWH<br><br>**JOINT MOTION/STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR NATIONSTAR MORTGAGE, LLC'S AND BANK OF AMERICA, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 115)**<br><br>**(Second Request)** |
| GIAVANNA HOMEOWNERS ASSOCIATION,<br><br>Third-Party Plaintiff,<br><br>vs.<br><br>NEVADA ASSOCIATION SERVICES, INC.,<br><br>Third-Party Defendant. | |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC, a | |

Delaware limited liability company; BANK OF AMERICA, N.A., a national association; JONI McGRIFF HOWARD, an individual; and KENYON HOWARD, an individual,

Counter/Cross Defendants.

SFR Investments Pool 1, LLC ("SFR") and NATIONSTAR MORTGAGE, LLC, BANK OF AMERICA, N.A. ("Bank") (collectively, the "parties") by and through their respective counsel of record, hereby stipulate as follows and jointly move to extend the deadline for defendants to respond to the Bank's Motion for Partial Summary Judgment [ECF No. 115] from December 6, 2017 to December 8, 2017.

This is the second request for an extension of these deadlines and it is not made for the purposes of delay or prejudice to any party. The additional time requested is to allow counsel for SFR to fully evaluate and to meaningfully respond to the arguments raised in the Bank's MPSJ.

| DATED this 6th day of December, 2017. | DATED this 6th day of December, 2017. |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| /s/ Diana S. Ebron | /s/ Melanie D. Morgan |
| Diana S. Ebron, Esq. | Darren T. Brenner |
| Nevada Bar No. 10580 | Nevada Bar No. 8386 |
| Jacqueline A. Gilbert, Esq. | Melanie D. Morgan, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 8215 |
| Karen L. Hanks, Esq. | Jamie K. Combs, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 13088 |
| 7625 Dean Martin Drive, Suite 110 | 1160 Town Center Drive, Suite 330 |
| Las Vegas, Nevada 89139-5974 | Las Vegas, Nevada 89144 |
| *Attorney for SFR Investments Pool 1, LLC* | *Attorney for Nationstar Mortgage, LLC and Bank of America, N.A.* |

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE
DATED: 7 December 2017