MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
Nationstar Mortgage LLC and cross-
defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC, | Case No.: 2:15-cv-01992-LDG-CWH |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING MOTION FOR PARTIAL SUMMARY JUDGMENT [ECF NO. 115]** |
| v. | |
| GIAVANNA HOMEOWNERS ASSOCIATION; and SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X, inclusive, | **FIRST REQUEST** |
| Defendants. | |

| |
|---|
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, |
| Counter/Cross Claimant, |
| v. |
| NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; JONI MCGRIFF HOWARD, an individual; and KENYON HOWARD, an individual, |
| Counter/Cross Defendants. |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

43634452;1

| | |
|---|---|
| 1 | GIAVANNA HOMEOWNERS ASSOCIATION, |
| 2 | |
| 3 | Third-Party Plaintiff, |
| 4 | v. |
| 5 | NEVADA ASSOCIATION SERVICES, INC., |
| 6 | Third-Party Defendant. |

Plaintiff and counter-defendant Nationstar Mortgage LLC (**Nationstar**) and cross-defendant Bank of America, N.A. (**BANA**); defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC (**SFR**); and defendant and third party plaintiff Giavanna Homeowners Association respectfully submit the following stipulation to allow Nationstar and BANA twenty one additional days to reply supporting their motion for partial summary judgment, ECF No. 115.

Nationstar and BANA filed their motion for partial summary judgment on August 8, 2017. (ECF No. 115.) SFR filed its opposition on December 9, 2017. (ECF No. 129.) Giavanna filed a joinder on December 13, 2017. (ECF No. 130.) Nationstar and BANA's deadline to reply supporting their motion for partial summary judgment is December 26, 2017. *See* L.R. 7-2(d).

The parties stipulate to extending Nationstar and BANA's reply deadline by twenty one days, from December 26, 2017 to January 18, 2018, to allow additional time for Nationstar and BANA to prepare their reply briefing.

///
///
///
///
///
///
///
///
///
///

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

43634452;1

This is Nationstar and BANA's first request to extend their reply briefing deadline. They do not make this request to cause delay or prejudice to any party.

This the 19th day of December, 2017.

**AKERMAN LLP**

/s/ Jamie K. Combs, Esq.
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant Bank of America, N.A.*

This the 20th day of December, 2017.

**BOYACK ORME & ANTHONY**

/s/ Christopher B. Anthony, Esq.
EDWARD D. BOYACK, ESQ.
Nevada Bar No. 5229
CHRISTOPHER B. ANTHONY, ESQ.
Nevada Bar No. 9748
7432 W. Sahara Avenue, Suite 101
Las Vegas, Nevada 89117

*Attorneys for defendant and third party plaintiff Giavanna Homeowners Association*

This the 19th day of December, 2017.

**KIM GILBERT EBRON**

/s/ Diana S. Ebron, Esq.
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
LLOYD D. GEORGE

Dated: _____27 December 2017_____

43634452;1