MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant Nationstar Mortgage LLC and cross-defendant Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>v.<br><br>GIAVANNA HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:15-cv-01992-LDG-CWH<br><br>**ORDER CERTIFYING MARCH 27, 2018 ORDER [ECF NO. 134] AS FINAL, DIRECTING ENTRY OF FINAL JUDGMENT AND STAYING REMAINING CLAIMS PENDING APPEAL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC, a Delaware limited liability company; BANK OF AMERICA, N.A., a national association; JONI MCGRIFF HOWARD, an individual; and KENYON HOWARD, an individual,<br><br>Counter/Cross Defendants. | |

| | |
|---|---|
| GIAVANNA HOMEOWNERS ASSOCIATION, | |
| Third-Party Plaintiff, | |
| v. | |
| NEVADA ASSOCIATION SERVICES, INC., | |
| Third-Party Defendant. | |

Based on the stipulation filed by plaintiff and counter-defendant Nationstar Mortgage LLC, defendant and third party plaintiff Giavanna Homeowners Association, and defendant, counterclaimant and cross-claimant SFR Investments Pool 1, LLC, cross-defendant Bank of America, N.A. (**BANA**), pursuant to Rule 54(b), the court certifies its order granting Nationstar and BANA's motion for partial summary judgment entered on March 27, 2018 (the **order**), ECF No. 134, as final, and determines there is no just reason for the delay in the entry of final judgment (**1**) in Nationstar's favor and against all defendants on Nationstar's first cause of action for declaratory judgment/quiet title, (**2**) in Nationstar and BANA's favor on SFR's first cause of action for quiet title, (**3**) in Nationstar and BANA's favor on SFR's second cause of action for preliminary and permanent injunctive relief, and (**4**) in Nationstar and BANA's favor on SFR's third cause of action for slander of title. The clerk is directed to enter final judgment in accordance herewith.

The court further finds, to avoid unnecessary costs and expenses, all remaining claims shall be stayed pending appeal. If no party timely appeals the order, ECF No. 134, the stay shall automatically lift. If any party timely appeals, the remaining claims shall remain stayed until the Ninth Circuit issues its mandate.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: APRIL 19, 2018