**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-01992-APG-DJA |
| Plaintiff | **Order for Status Report** |
| v. | |
| GIAVANNA HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

I ORDER that by January 29, 2021, the parties shall file a status report regarding what, if anything, remains of this case.

DATED this 6th day of January, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE