# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No.: 2:15-cv-01992-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| GIAVANNA HOMEOWNERS ASSOCIATION, et al., | |
| Defendants | |

In light of the parties' joint status report (ECF No. 149),

I ORDER that by February 22, 2021, the parties shall file the stipulations of dismissal and notices of voluntary dismissal as outlined in their status report.

DATED this 2nd day of February, 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE