1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  AKERMAN LLP
   1635 Village Center Circle, Suite 200
3  Las Vegas, Nevada 89134
   Telephone: (702) 634-5000
4  Facsimile:  (702) 380-8572
   Email: melanie.morgan@akerman.com
5
   *Attorneys for Nationstar Mortgage LLC and*
6  *Bank of America, N.A.*

7                    **UNITED STATES DISTRICT COURT**

8                          **DISTRICT OF NEVADA**

9  NATIONSTAR MORTGAGE LLC,                 Case No.: 2:15-cv-01992-APG-DJA

10                        Plaintiff,

11  vs.                                      ORDER TO RELEASE BOND

12  GIAVANNA HOMEOWNERS ASSOCIATION;
    SFR INVESTMENTS POOL 1, LLC; DOE
13  INDIVIDUALS I-X, inclusive, and ROE
    CORPORATIONS I-X, inclusive,
14
                          Defendants.
15

16  GIAVANNA HOMEOWNERS ASSOCIATION,

17                        Third-Party Plaintiff,

18  vs.

19  NEVADA ASSOCIATION SERVICES, INC.,

20                        Third-Party Defendant.

21

22

23         Presently before the court is the matter of *Nationstar Mortgage LLC v. Giavanna Homeowners*

24  *Association, et al.*, case number 2:15-cv-01992-APG-DJA.

25         On May 9, 2016, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 15].

26  On May 16, 2016, Akerman LLP posted a security bond on behalf of plaintiff Nationstar Mortgage

27  LLC, receipt number NVLAS042388 for $500.00 [ECF No. 19].

28  ///

1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

On February 23, 2021, the court granted the parties' stipulation for dismissal, closing the case [ECF No. 158]. As this matter is now concluded, the court will refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest.

**IT IS SO ORDERED**.

Dated this  2nd  day of   August        , 2021.

_____

UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-01992-APG-DJA

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28